IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-30801

_____

DORREL TRICHE; WAYNE VICKNAIR;
RUSSELL WEBRE,

                    Plaintiffs - Appellants - Cross-Appellees,

                         versus

OVERNITE TRANSPORTATION COMPANY

                    Defendant - Appellee - Cross-Appellant

and

NALCO CHEMICAL CO

          Defendant - Third Party Plaintiff Appellee - Appellant,

versus

BLUE GRASS CHEMICAL SPECIALTIES LP

                    Third Party Defendant - Appellee.

_____

Appeal from the United States District Court
For the Eastern District of Louisiana
(95-CV-691)

_____

August 8, 1997

Before REYNALDO G. GARZA, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

    Plaintiffs' counsel have forcefully urged the inadequacy of

the damage awards.  We are not, however, persuaded that the awards

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

are so inadequate that we must reverse and remand for a new trial. Rather, they fall within a permissible range, albeit on the low side. We are pointed to no other reversible error in the record, and we affirm the judgment of the district court. Each side will bear their own costs of this appeal.